```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA        :

            -v-                 :       10-M-49

SITHIE DINA OUSMAND,            :

            Defendant.          :
_____
```

## ORDER

The government, having moved the Court, by motion filed August 11, 2010, for a sixty day adjournment of the Rule 48(b) dismissal date currently set for August 13, 2010;

And the Court, having found that a sufficient basis for such adjournment has been demonstrated;

It is therefore hereby **ORDERED** that the current Rule 48(b) date of August 13, 2010 is adjourned for sixty days, or until October 15, 2010, and

It is further **ORDERED** that, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the time from and including August 13, 2010, through and including October 15, 2010, shall be excluded from the time within which an Indictment or Information must be filed in accordance with the Speedy Trial Act.

It is further **ORDERED** that, if this matter is not consummated on or before October 15, 2010, with the entry of a plea disposition, this matter will be deemed dismissed on October 15, 2010, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

DATED: Buffalo, New York, August 12, 2010.

                                            **s/ H. Kenneth Schroeder, Jr.**
                                            H. KENNETH SCHROEDER, JR.
                                            UNITED STATES MAGISTRATE JUDGE